## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| BITBLOX LLC, | |
| Plaintiff, | CIVIL ACTION NO. 3:25-CV-1196 |
| v. | (SAPORITO, J.) |
| CENTRAL TRANSPORT, LLC, et al., | |
| Defendants. | |

## ORDER

Now before the Court is Central Transport's motion to transfer, and in the alternative, motion to dismiss under Rule 12(b)(6) of the Federal Rules of Civil Procedure. (Doc. 9). A review of the docket indicates that defendant J.B. Hunt Transport, Inc. has failed to respond to the motion. "Local Rule 7.6 imposes an affirmative duty on a litigant to respond to motions and provides that '[a]ny party who fails to comply with this rule shall be deemed not to oppose such motion.'" *Lookingbill v. Fetrow*, No. 4:13-CV-01636, 2015 WL 4077999, at *2 (M.D. Pa. July 6, 2015) (citing M.D. Pa. L.R. 7.6).

Accordingly, **IT IS HEREBY ORDERED THAT:**

1.    Defendant J.B. Hunt Transport, Inc. is permitted to file a brief

in opposition to Central Transport's motion to transfer, and in the alternative, motion to dismiss within **fourteen (14)** days after entry of this Order;

2.  Central Transport may file a reply brief within **fourteen (14)** days after service of defendant J.B. Hunt Transport, Inc.'s papers in opposition to the motion to transfer, and in the alternative, motion to dismiss; and

3.  In the event that defendant J.B. Hunt Transport, Inc. fails to timely file a brief in opposition, Central Transport's motion will be deemed unopposed.

Dated: August 7, 2026          *s/Joseph F. Saporito, Jr.*
JOSEPH F. SAPORITO, JR.
United States District Judge