# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| BITBLOX LLC,<br><br>Plaintiff,<br><br>v.<br><br>CENTRAL TRANSPORT LLC, et al.,<br><br>Defendants. | CIVIL ACTION NO. 3:25-CV-1196<br><br>(SAPORITO, J.) |

## ORDER

AND NOW, this 21st day of September, 2026, in accordance with the accompanying Memorandum, **IT IS HEREBY ORDERED THAT:**

1. Central Transport's motion to transfer, and in the alternative, motion to dismiss (Doc. 9) is **GRANTED in part** and **DENIED in part;**

2. The motion is **DENIED** as to Central Transport's motion to transfer, Central Transport's motion to dismiss Bitblox's Carmack Amendment claim against it, and Central Transport's motion to dismiss J.B. Hunt's asserted counterclaim of a duty to indemnify;

3. The motion is **GRANTED** as to Central Transport's motion to dismiss J.B. Hunt's asserted counterclaim of a duty to defend; and

4. Central Transport shall file its answer to the plaintiff's

complaint within **fourteen (14)** days after entry of this Order.

Dated: September 21, 2026

*s/Joseph F. Saporito, Jr.*
JOSEPH F. SAPORITO, JR.
United States District Judge